UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

_Thomas I Al Yasha_

_____

*Full name(s) of Plaintiff(s)*

v.

_PSE+G Power, MR+S_

_____

*Full name(s) of Defendant(s)*

COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION

CIVIL ACTION
NO._____

This action is brought for discrimination in employment pursuant to (check only those that apply):

   ✓   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
       **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

   ____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
       **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

   ____ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
       **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

   ____ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name: Thomas I Al-Yasha
Street Address: 340 W Bridge St Apt A
County, City: Morrisville
State & Zip: Pennsylvania 19067
Telephone Number: (215) 354 8267

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant    Name: PSE+G Power (MR+S)
Street Address: 80 Park Place
County, City: Essex, Newark
State & Zip: New Jersey 07102
Telephone Number: (800) 436 7734

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer: MR+S (PSE+G Power)
Street Address: 751 Cliff Road
County, City: Middlesex County, Sewaren 07077
State & Zip: New Jersey
Telephone Number:

II. **Statement of the Claim**

A. The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

____ Failure to hire me

____ Termination of my employment

____ Failure to promote me

___ Failure to reasonably accommodate my disability

✓ Failure to reasonably accommodate my religion

✓ Failure to stop harassment

___ Unequal terms and conditions of my employment

✓ Retaliation

___ Other (specify): Failure to suspend my services without full & impartial investigation of workplace violence events

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B. It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) October, (day) 20, (year) 2019.

C. I believe that the defendant(s) (check one):

✓ is still committing these acts against me.

___ is **not** still committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

___ race _____       ___ color _____

✓ religion Islam           ___ gender/sex _____

___ national origin _____

___ age   My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E. The facts of my case are as follow (*attach additional sheets of paper as necessary*):

I provided the Company with medical evidence of injuries sustained by a fellow employee and a City of Newark employee, PSE&G employee. The second act of violence was witnessed by PSE&G management & recorded on Corporate Headquarters security cameras. When I informed MR+S management of the incidents I was walked off the job by MR+S senior management and relieved of my badge in a manner proscribed by Company policy

NOTE: *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

III. **Exhaustion of Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: __April 24 2020__ (Date).

B. The Equal Employment Opportunity Commission (*check one*):

  \_\_\_\_ has not issued a Notice of Right to Sue Letter.
  \_\_\_\_ issued a Notice of Right to Sue Letter, which I received on __21 Dec. 2021__ (Date).

NOTE: *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C. *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

  __N/A__ 60 days or more have passed.
  \_\_\_\_ fewer than 60 days have passed.

D. It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: __N/A__ (Date).

E. Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

  __N/A__ One year or more has passed.
  \_\_\_\_ Less than one year has passed.

## IV. Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

\_\_\_\_ Direct the defendant to hire the plaintiff.

\_\_\_\_ Direct the defendant to re-employ the plaintiff.

\_\_\_\_ Direct the defendant to promote the plaintiff.

\_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

\_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's religion.

\_\_\_\_ Direct the defendant to (*specify*): _____

✓ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

✓ Other (*specify*): Assist in filing criminal charges against the City of Newark Fire Marshall, as his act was deliberate + premeditated by providing name of individual as recorded in Corporate Security log.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _1_ day of _February_, 20_22_

Signature of Plaintiff: Thomas I AlYasha
Address: 340 W Bridge St Apt 4
Morrisville Pennsylvania
19067

Telephone number: (215) 354 8261
Fax number (*if you have one*) _____

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

CERTIFIED MAIL

7021 2720 0001 1623 8499

PRIORITY MAIL

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

U.S. POSTAGE PAID
MORRISVILLE, PA
19067
FEB 01 22
AMOUNT
$15.75
R2305M143641-03

1021
19106

U.S.M.S.
X-RAY

FROM:
Thomas I Al Yasha
3401 N Bridge St Apt 4
Morrisville, Penn 19067

RETURN RECEIPT REQUESTED

TO: Clerk of Court
United States District Court
601 Market Street Room 2609
Philadelphia, PA 19106-1797



